# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| DISLENIA MORILLO, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 7:19-cv-00917-AKK-SGC ) |
| P. BRADLEY, Warden, | ) ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On July 29, 2019, the magistrate judge entered a report recommending this matter be dismissed without prejudice for failure to prosecute. Doc. 4. Although the petitioner was advised of her right to file specific written objections within fourteen days, she has failed to respond to the report and recommendation.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, this matter is due to be dismissed without prejudice for failure to prosecute.

A Final Judgment will be entered.

---

[1] The report and recommendation was returned to court by the Postal Service as undeliverable. Doc. 5. It is the petitioner's responsibility to keep the court apprised of her address at all times.

**DONE** the 19th day of August, 2019.

                                          **ABDUL K. KALLON**
                                   UNITED STATES DISTRICT JUDGE